DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALTER WOODARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1463

[December 19, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432021CF000746A.

Carey Haughwout, Public Defender, West Palm Beach, and Ethan Goldberg, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***